RECEIVED
SDNY PRO SE OFFICE

2021 JUL -6 PM 2:43

UNITED STATES DISTRICT COURT FOR

THE SOUTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,       )
               Plaintiff,            )
    v.                                          )
ANDRE MARIE NGONO,              )
a/k/a. LUC O. NDI,                      )
a/k/a. LUC OWONO NDI,          )
a/k/a. LUC NDI,                          )
               Defendant.          )
                             )

7/28/21

Case No.: 16-cr-00367-PAC-1

*[Handwritten note:]* The movement will common in manner outlined at pg 2 of the Gov't Lett of July 22, 2021 (Docket 115) by no later than August 9, 2021, subject to the restitution prepared by the Gov't

So ordered
[signature]
USDJ

## MOTION TO COMPEL RETURN OF PROPERTY

## OR IN THE ALTERNATIVE

## MOTION TO VACATE SUPERVISED RELEASE

AND NOW, comes Andre Marie Ngono acting prose and respectfully request that this Honorable court enters a motion to compel return of Andre Marie Ngono's property that was unlawfully seized without warrant. In the event the court cannot enter a motion to compel return of Ngono's property, Ngono then request respectfully that the court vacates Ngono' supervised release entered as part of Ngono' sentencing in the above listed criminal docket. I submit this motion pursuant to the Federal Rule of Criminal Procedure 41.

1